AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KING, CAROLYN D. | U.S. COURT OF APPEALS 5TH CIR. | 05/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. COURTHOUSE, ROOM 11020
515 RUSK AVENUE
HOUSTON, TX 77002-2694

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | RESEARCH FELLOW | THE CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 2. | MEMBER OF COUNCIL AND OF COUNCIL'S EXECUTIVE COMMITTEE; TREASURER | AMERICAN LAW INSTITUTE |
| 3. | MEMBER OF ADVISORY BOARD | THE CENTER FOR THOMISTIC STUDIES, UNIVERSITY OF SAINT THOMAS |
| 4. | MEMBER OF PRESIDENT'S BOARD OF ADVISORS | UNIVERSITY OF SAINT THOMAS |
| 5. | MEMBER OF BOARD OF TRUSTEES AND OF THE BOARD'S EXECUTIVE COMMITTEE | BAYLOR COLLEGE OF MEDICINE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | None for reporting individual | |
| 2. | 2012 | Thomas M. Reavley: State of Texas, Judicial Retirement | $68,400.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | 1/25-26, 2012 | PHILADELPHIA, PA | ATTEND COUNCIL MEETING AT ALI HEADQUARTERS | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 2. | UNIVERSITY OF PENNSYLVANIA LAW SCHOOL | 1/27, 2012 | PHILADELPHIA, PA | JUDGE MOOT COURT COMPETITION | REIMBURSEMENT OF AIRFARE |
| 3. | AMERICAN LAW INSTITUTE | 3/28-29, 2012 | WASHINGTON, DC | ATTEND EXECUTIVE COMMITTEE MEETING | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 4. | AMERICAN LAW INSTITUTE | 5/20-23, 2012 | WASHINGTON, DC | ATTEND ALI ANNUAL MEETING | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE |

| Name of Person Reporting | Date of Report |
| --- | --- |
| KING, CAROLYN D. | 05/03/2013 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5. | FEDERAL BAR ASSOCIATION | 5/24, 2012 | NEW ORLEANS, LA | ATTEND AND SPEAK - RUBIN SYMPOSIUM | REIMBURSEMENT OF TIPS, TRANSPORTATION AND AIRFARE |
| 6. | AMERICAN LAW INSTITUTE | 10/17-19, 2012 | NEW YORK, NY | ATTEND COUNCIL MEETING | REIMBURSEMENT OF LODGING, MEALS, TRANSPORTATION AND AIRFARE. |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NONE FOR THE REPORTING INDIVIDUAL | NONE | |
| 2. | _____ : PRUDENTIAL INSURANCE CO. | POLICY LOAN | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank Houston, TX (Money Market) | A | Interest | K | T | | | | | |
| 2. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | A | Dividend | K | T | | | | | |
| 3. General Electric Co. Common Stock | C | Dividend | L | T | | | | | |
| 4. IBM Common Stock | A | Dividend | K | T | | | | | |
| 5. Exxon Mobil Corp. Common Stock | C | Dividend | L | T | | | | | |
| 6. Compass Bank Checking Account | | None | J | T | | | | | |
| 7. T. Rowe Price Small Cap Value Fund | D | Distribution | M | T | | | | | |
| 8. | | Dividend | | | | | | | |
| 9. T. Rowe Price New Era Fund | D | Distribution | M | T | | | | | |
| 10. | | Dividend | | | | | | | |
| 11. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | O | V | | | | | |
| 12. Abbott Labs Common Stock | B | Dividend | L | T | | | | | |
| 13. Illinois Tool Works Inc Common Stock | D | Dividend | N | T | | | | | |
| 14. 5% California Economic Recovery Bonds Due 7/1/2015 | C | Interest | M | T | | | | | |
| 15. Procter & Gamble Common Stock | C | Dividend | M | T | | | | | |
| 16. 3.8% NY State Thruway Aut. Gen. Rev. Bonds Due 1/1/2015 | C | Interest | M | T | | | | | |
| 17. 5% Denver Colo City & Cnty Rev. Bonds Due 9/1/2015 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Akron, OH CTFS PARTN 5% Bonds Due 12/01/2017 | D | Interest | M | T | | | | | |
| 19. Corpus Christi, TX Util Sys Rev 4% Bonds Due 7/15/2012 | C | Interest | | | Redeemed | 07/16/12 | L | A | Issuer |
| 20. Northwestern Mutual Variable Annuity Policy (Son, Annuitant) | | None | M | T | | | | | |
| 21. Tarrant Cnty Tex Hea B LTH FACS Dev Corp 5% Bonds -12/1/2019 | C | Interest | M | T | | | | | |
| 22. Texas Transn Commn ST Hwy FD Rev 5% Bonds Due 4/1/2019 | C | Interest | M | T | | | | | |
| 23. Northwestern Mutual Insurance Service Account | A | Interest | J | T | | | | | |
| 24. Glaxosmithkline PLC | B | Dividend | K | T | | | | | |
| 25. Goldman Sachs Bank | A | Interest | N | T | | | | | |
| 26. King CNTY WA SCH GO 5% Bonds Due 12/1/2013 | C | Interest | | | Redeemed | 12/03/12 | L | A | Issuer |
| 27. Texas GO 5% Bonds Due 4/1/2019 | C | Interest | M | T | | | | | |
| 28. Phoenix AZ Rev. 5% Bonds Due 7/1/2018 | C | Interest | M | T | | | | | |
| 29. Chevron Corp. | B | Dividend | L | T | | | | | |
| 30. Royal Dutch Shell | C | Dividend | L | T | | | | | |
| 31. Dallas Cnty TX Cmnty College GO 5% Bonds Due 2/15/21 | C | Interest | M | T | | | | | |
| 32. Massachusetts GO 5.25% Bonds Due 8/1/2021 | D | Interest | M | T | | | | | |
| 33. Caterpillar Common Stock | B | Dividend | L | T | Buy | 05/15/12 | K | | |
| 34. | | | | | Buy (add'l) | 05/17/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/1/12 | K | | |
| 36. ▨▨▨▨▨ Holdings Listed Below: | | | | | | | | | |
| 37. Compass Bank (Houston) | A | Interest | M | T | | | | | |
| 38. Royalty (Hendrix) Pecos County, Texas | A | Royalty | J | W | | | | | |
| 39. Minerals (Samson) Nacogdoches County, Texas | E | Royalty | N | W | | | | | |
| 40. Minerals (Apache) Nacogdoches County, Texas | A | Royalty | K | W | | | | | |
| 41. Chase Bank (Houston) | A | Interest | M | T | | | | | |
| 42. Minerals (Chesapeake) Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 43. Fee Land, Llano County, Texas | | None | K | W | | | | | |
| 44. Prudential Insurance Company | A | Int./Div. | J | T | | | | | |
| 45. Indigo | B | Royalty | M | W | | | | | |
| 46. Minerals (BP) Panola County, Texas | D | Royalty | K | W | | | | | |
| 47. Minerals (Wildhorse) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 48. Minerals (Patara) Shelby County, Texas | B | Royalty | J | W | | | | | |
| 49. Minerals (Noble) Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 50. Minerals (XTO) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 51. Minerals (Delta Petroleum) Newton County, Texas | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Texas State Bond | D | Interest | M | T | | | | | |
| 53. University of Texas Permanent Bond 5% Due 7/01/13 | C | Interest | M | T | | | | | |
| 54. Corpus Christi 4% Bond Due 7/15/11 | C | Interest | | | Sold | 07/15/11 | L | A | Maturity |
| 55. Greater Clark County, Colorado Bond 5% Due 7/15/11 | C | Interest | M | T | | | | | |
| 56. Akron, Ohio Bond 5% Due 1/12/17 | D | Interest | M | T | | | | | |
| 57. Houston, Texas Bond (SER, E) | D | Interest | M | T | | | | | |
| 58. Goldman Sachs Bank | A | Interest | L | T | | | | | |
| 59. Massachusetts Bond | A | Interest | M | T | Buy | 08/01/11 | M | | Goldman Sachs |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **KING, CAROLYN D.** | 05/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to Part VII C, I have reported the aggregate cash surrender value for the whole life policies.  In response to Part VII B, I have shown the aggregate amount of the dividends on those policies, which are used to pay the premiums and increase the cash surrender value.

I am married to Circuit Judge Thomas M. Reavley.

holdings:  VII ( 50 ) EOG sold to Wildhorse Petroleum.

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ CAROLYN D. KING**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544